IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA MARIE FALCO, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHERRY HILL MITSUBISHI, INC.,<br><br>　　　　　　　　Defendant. | CIVIL ACTION<br>NO. 20-5675 |

# ORDER

**AND NOW**, this 17th day of December 2020, upon receipt of Plaintiff's Notice of Voluntary Dismissal (Doc. No. 3), it is **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). It is further **ORDERED** that the Clerk of Court shall close the case for statistical purposes.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.